602 A.2d 733

INDUSTRIAL DEVELOPMENT ASSOCIATES, INC., A/K/A INDUSTRIAL DEVELOPMENT ASSOCIATION, A NEW JERSEY LIMITED PARTNERSHIP, PLAINTIFF–RESPONDENT, v. COMMERCIAL UNION SURPLUS LINES INSURANCE COMPANY, A CORPORATION OF THE STATE OF DELAWARE; EXECUTIVE EXCESS LTD.; ANTONIO SUAREZ, D/B/A I.C.P.; ASSOCIATED FINANCIAL SERVICES, A NEW JERSEY CORPORATION; P.P.G. INDUSTRIES, INC., A CORPORATION OF THE STATE OF PENNSYLVANIA, AND PUGLIESE SWIMMING POOLS CORPORATION, A NEW JERSEY CORPORATION, DEFENDANTS, AND F.T.P., INC., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT–APPELLANT.

Argued February 19, 1992—Decided March 19, 1992.

*Robert H. Tell* argued the cause for appellant (*Lynch, Martin, Philibosian & Chansky*, attorneys).

*Glenn A. Bergenfield* argued the cause for respondent (*Chazkel & Bergenfield*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Gruccio's opinion, reported at 248 *N.J.Super.* 468, 591 *A*.2d 682 (1991).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal*—None.